# Krekeler Strother, S.C.

MOBILE: 920-838-2852
debtbuster@prodigy.net

ATTORNEYS AT LAW

Oshkosh location:
128 State Street
Oshkosh, WI  54901

December 10, 2021

Hon. G. Michael Helfenger
Room 126, US Courthouse
517 E. Wisconsin Avenue
Milwaukee, Wisconsin  53202

re:    Schaffer v. NATIONAL COLLEGIATE STUDENT LOAN TRUSTS 2007-1 et al.
        Case No. 19-21618-GMH
        Adv. No.  21-02054

Dear Judge Helfenger:

This case is scheduled for a status conference on Monday December 13, 2021.    I write to inform the court that a settlement has been reached.   Ms. Schaffer will be signing the agreement on the 13th prior to the conference.   We anticipate that the result will be the dismissal of the adversary within the next 10 days.

Thank you.

Very truly yours,

/s/ Christine Wolk

Christine Wolk

cc:    Attorney Morgan Marcus via ECF