IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In Re: | ) | Case No.: 19-21618-GHM |
| Crystal Schaffer, | ) | |
| Debtor. | ) | Judge G. Michael Halfenger |
| | ) | Adversary Case No.: 21-AP-02054-GMH |
| Crystal Schaffer, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| National Collegiate Student Loan Trust 2007-1, *et al.*, | ) | |
| Defendants. | ) | |

STIPULATION TO DISMISS CASE

It is hereby stipulated and agreed by the Plaintiff, Crystal Schaffer, by her attorneys, Krekeler Strother, S.C., by Christine Wolk, and the Defendants, Transworld Systems Inc. ("TSI"), and National Collegiate Student Loan Trust 2006-3, 2007-1 and 2007-3 (collectively "NCSLT"), by their attorneys, Sessions, Israel & Shartle, LLC, by Morgan I. Marcus, that this adversary shall be dismissed with prejudice and without costs to any party.

Dated: December 27, 2021

Krekeler Strother SC
Attorneys for Plaintiff, Crystal Schaffer

By: /s/ Christine Wolk
SBN: 1001534
128 State Street
Oshkosh, Wisconsin 54901
(920) 838-2852
debtbuster@prodigy.net

Dated: December 28, 2021

Sessions, Israel & Shartle, LLC
Attorneys for Defendants

By: /s/ Morgan I. Marcus
141 West Jackson Boulevard, Suite 3550
Chicago, Illinois 60604
(312) 578-0985
mmarcus@sessions.legal

Drafted by:
Christine Wolk, Attorney for Plaintiff
Krekeler Strother SC
128 State St.
Oshkosh, WI 54901
debtbuster@prodigy.net
(920) 838-2852