# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In Re: | ) | Case No.: 19-21618-GHM |
| | ) | |
| Crystal Schaffer, | ) | |
| | ) | Judge G. Michael Halfenger |
| Debtor. | ) | |
| _____ | ) | Adversary Case No.: 21-AP-02054-GMH |
| | ) | |
| Crystal Schaffer, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| National Collegiate Student Loan Trust 2007-1, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DISMISSING CASE

Based upon the stipulation of the parties filed herein**,**

IT IS HEREBY ORDERED that this case is dismissed with prejudice without costs to any party.

#####

Drafted by:
Christine Wolk, Attorney for Plaintiff
Krekeler Strother SC
128 State St.
Oshkosh, WI  54901
debtbuster@prodigy.net
(920) 838-2852